IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RACHEL LYNN HIGGINBOTHAM                                                         PLAINTIFF

      v.         Civil No. 2:12-cv-02093-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                         DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 3rd day of May 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE